IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MOONRISE ROPA USADA, INC. (6501 S. 28TH ST.) | ) ) ) | CIVIL ACTION NUMBER |
| VS. | ) ) ) | M-15-094 |
| ASSURANCE COMPANY OF AMERICA | ) | |

- AND -

| | | |
|---|---|---|
| MOONRISE ROPA USADA, INC. (7825 S. 23RD ST.) | ) ) ) | CIVIL ACTION NUMBER |
| VS. | ) ) ) | M-15-095 |
| ASSURANCE COMPANY OF AMERICA | ) | |

- CONSOLIDATED WITH -

| | | |
|---|---|---|
| MOONRISE ROPA USADA, INC. (1900 N. INTERNATIONAL BLVD) | ) ) ) | CIVIL ACTION NUMBER |
| VS. | ) ) ) | M-15-093 |
| ASSURANCE COMPANY OF AMERICA | ) | |

O R D E R

By Minute Entry of April 9, 2015, the Court informed the Plaintiffs that an answer to Defendant's Motion to Consolidate needed to be filed within fourteen (14) days or said motion would be granted. To date, no such answer has been filed by Plaintiffs. The Court, therefore, finds that Defendant's Motion to Consolidate should be and is hereby GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that Civil Action Numbers M-15-094 and M-15-095 are hereby consolidated with Civil Action Number M-15-093. It is further ORDERED that all

subsequent pleadings shall be filed in Civil Action Number M-15-093.

The Clerk shall send a copy of this Order to counsel for the Parties.

DONE on this __30th__ day of April, 2015, at McAllen, Texas.

                                     Ricardo H. Hinojosa
                                 CHIEF U.S. DISTRICT JUDGE